

**MEDITERRANEAN SHIPPING COMPANY (USA) INC.**
**As Agent For MSC S.A. Geneva**
700 Watermark Blvd
Mount Pleasant, SC 29464
Phone: 843-971-4100    Fax: 843-971-5808

---

| GLOBAL SHIPPING SERVICES LLC | Invoice Number: UACMEDUU3939037 |
|---|---|
| 21 FADEM ROAD<br>UNIT# 14<br>SPRINGFIELD, NJ 07081 USA | Issued by: UAC Department<br>Date: 1/31/2023 |

| Bill of Lading No. | Equipment No. | Port of Discharge |
|---|---|---|
| MEDUU3939037 | MEDU8478703 | NEW YORK |

| Charge | Amount |
|---|---|
| MSC Collect Charges | $45,386.16 |
| MSC Line Detention | $36,900.00 |
| Port Demurrage | $20,000.00 |
| Customs Warehouse Fees | $10,401.80 |
| Cargo Destruction | $3,200.00 |
| **TOTAL:** | **$115,887.96** |

**Payment Instructions:**

Electronic payments, such as ACH or PayCargo, take 24-48 hours to be confirmed received (weekend does not count as part of 24 hrs if payment was sent on Friday). Please see instructions and bank information below.

**MSC USA bank details:**

| JPMorgan Chase Bank | Account #: 218811139 |
| 345 Hudson Street | ABA: 0210-0002-1 |
| New York, NY 10014 | Swift:  CHASUS33 |

*Simultaneously to the payment, to prevent any delay in the application of the transfer and the release, please submit the detail of your payment allocation through https://arsl.at/g4ep2m*