

January 5, 2024

Suna Lee
973.735.6026 (direct)
Suna.Lee@wilsonelser.com

**VIA ECF**

Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room MLK 2C
Newark, New Jersey 07102

Re:      Mediterranean Shipping Company v. Global Shipping Services LLC
         Docket No.: 2:23-cv-22663
         File Number: 25221.00002

Dear Judge Hammer:

This office represents Defendant Global Shipping Services LLC in the above-entitled matter. With the consent of Plaintiff, attached for your Honor's consideration is a proposed Consent Order admitting Michael Harowski, Esq., a partner in our firm, *pro hac vice* along with his Certification and a Certification from the undersigned in support of such admission.

Defendant respectfully requests that the proposed Order be entered. Thank you for your Honor's courtesies.

Respectfully submitted,

**Wilson Elser Moskowitz Edelman & Dicker LLP**

*/s/ Suna Lee*
Suna Lee, Esq.

Attachments
cc:      All counsel of record

7 Giralda Farms | Madison, NJ 07940 | p 973.624.0800 | f 973.624.0808 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Edwardsville, IL
Garden City, NY | Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA
Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY